COLUMBUS BAR ASSOCIATION *v.* WINKFIELD.

[Cite as *Columbus Bar Assn. v. Winkfield,* ___ Ohio St.3d ___,

2014-Ohio-2490.]

(No. 2005-1115—Submitted May 28, 2014—Decided June 12, 2014.)

ON PETITION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing on October 4, 2013, of a petition for reinstatement by respondent, Lawrence Edward Winkfield, Attorney Registration No. 0034254. In accordance with Gov.Bar R. V(10)(F), respondent's petition for reinstatement was referred to the Board of Commissioners on Grievances and Discipline. The board filed its final report in this court on April 7, 2014, recommending that respondent be reinstated to the practice of law in Ohio with conditions. No objections to the final report were filed.

{¶ 2} Upon consideration thereof, it is ordered by this court that the petition of respondent for reinstatement to the practice of law in Ohio is granted and that respondent, Lawrence Edward Winkfield, last known address in Westerville, Ohio, is reinstated upon the conditions that respondent (1) serve a period of monitored probation for three years, with a monitor assigned by relator, and that such monitor's principal office be located within the Columbus, Ohio, metropolitan area, (2) fulfill all recommendations of mental-health practitioners, including ongoing and routine psychotherapy counsel and treatment as recommended by Dr. Jerry M. Zober or another licensed psychiatrist, and (3) refrain from any illegal conduct.

{¶ 3} It is further ordered that on or before 30 days from the date of this order, relator will file the name of an attorney who will monitor respondent during

the probation. It is further ordered that at the end of the probationary period, relator shall file a report with this court indicating whether respondent has complied with the terms of probation, including monitoring.

{¶ 4} It is further ordered by the court that respondent be taxed the costs of these proceedings in the amount of $2,826.25, less the deposit of $500, for a total balance due of $2,326.25, payable by cashier's check or money order by respondent on or before 90 days from the date of this order. If costs are not paid on or before 90 days from the date of this order, interest at the rate of 10 percent per annum will accrue until costs are paid in full. It is further ordered that if costs are not paid in full on or before 90 days from the date of this order, the matter may be referred to the attorney general for collection. It is further ordered that respondent is liable for all collection costs pursuant to R.C. 131.02 if the debt is certified to the attorney general for collection. It is further ordered that if costs are not paid in full on or before 90 days from the date of this order, respondent may be found in contempt and suspended until all costs and accrued interest are paid in full.

{¶ 5} It is further ordered by the court that within 90 days of the date of this order, respondent shall reimburse any amounts that have been awarded against respondent by the Clients' Security Fund pursuant to Gov.Bar R. VIII(7)(F). It is further ordered by the court that if after the date of this order, the Clients' Security Fund awards any amount against respondent pursuant to Gov.Bar R. VIII(7)(F), respondent shall reimburse that amount to the Clients' Security Fund within 90 days of the notice of that award.

{¶ 6} It is further ordered that at the end of the probationary period, respondent may apply for termination of probation. It is further ordered that respondent's probation will not be terminated until (1) respondent files an application for termination of probation in accordance with Gov.Bar R. V(9)(D), (2) relator files a report with the clerk of the Supreme Court indicating that

respondent has complied with the terms and conditions of probation during the probationary period, (3) respondent complies with this order and all other orders issued by this court, (4) respondent complies with the Rules for the Government of the Bar of Ohio, and (5) this court issues an order terminating respondent's probation.

{¶ 7} It is further ordered that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings. All case documents are subject to Sup.R. 44 through 47, which govern access to court records.

{¶ 8} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____